**PETITION: SMALL CLAIMS CASE**

Exhibit 1-A

CASE NO. (court use only) CM0232

In the Justice Court, Precinct 1, Nacogdoches County, Texas

PLAINTIFF _Johnny Hewett___ VS

DEFENDANT (S): Mayflower Moving and storage LLC (Valerie Pacer AOS)

Defendant(s) address: ___One Premier Dr.___

_Fenton Mo, 63026___

MAY 17 '21 PM 1:40
FILED NAC CO JP PCT. 1

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

_ _ The driver for Green Apple showed up around noon and hooked up to the moving trailer and left with a Trailer ¾ loaded. I had rented a 26" U-haul truck, because I knew I had a lot of stuff that Mayflower wouldn't move. I had planned on loading my wife's ford explorer in the U-haul, so she wouldn't have to drive. I had hired 3 people to help us clean and load stuff, so they ended up loading all the stuff that Mayflower left behind. My wife ended up having to drive her Explorer. I had paid Mayflower $21000 to move me from Colorado to Texas, and They only moved ¾ of my household goods, I feel I should only be responsible for ¾ of that $21000 for the move, and they should be responsible for the U-haul, $1996, and the expense of driving the Explorer. I feel Mayflower should be responsible for ¾ of the $21000 that I agreed to pay, $5250, the U-Haul that I used to mov what they left behind, $1996, the fuel I used, $250, the cost to load the U-Haul, $700, the cost to unload the U-Haul $450. For a total of $8646.

RELIEF: Plaintiff seeks damages in the amount of $_8646, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _____

SERVICE OF CITATION: Service is requested on defendant(s) by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are: One Premier Dr., Fenton Mo 63026

_Johnny Hewett_____
Petitioner's Printed Name

Signature of Plaintiff or Attorney

DEFENDANT(S) INFORMATION (if known)
DATE OF BIRTH: _____

Address of Plaintiff's Attorney, if any, Plaintiff if none
_138 County Road 2152___

| CITY | STATE | ZIP |
|---|---|---|
| Nacogdoches | TX | 75965 |

*LAST 3 NUMBERS OF DRIVER'S LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____

Phone & Fax No. of Plaintiff's Attorney, If any, or Plaintiff none

DEFENDANT'S PHONE NUMBER: _636-349-2757

Sworn to and subscribed before me this 17 day of May, 2021.