IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOHNNY HEWETT, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 9:21-CV-00120 |
| | | JUDGE MICHAEL J. TRUNCALE |
| MAYFLOWER MOVING AND STORAGE, LLC (VALERIE PACER AOS), | | |
| Defendant. | | |

### ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. [Dkt. 14]. The Parties seek a dismissal with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all Court dates and pending deadlines are hereby vacated, and all pending motions in this matter be DENIED as moot.

**SIGNED this 21st day of October, 2021.**

_____
Michael J. Truncale
United States District Judge